UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RODNEY WHITE (#123606)**                     **CIVIL ACTION**

**VERSUS**                                     **NO. 22-577-JWD-EWD**

**KIRT D. GUERIN, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 16, 2023 (Doc. 8), to which no objection was filed;

**IT IS ORDERED** that that White's federal claims against Kirt D. Guerin, James M. LeBlanc, the State of Louisiana, Unknown Randalls, Donald Johnson, Unknown Gaines, and Craig White, as well as the claims of retaliation against all Defendants, are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that White's federal claims against Dr. Roscoe Harris are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, reserving Plaintiff's right to amend his complaint within **twenty-one (21) days** of the date of this Opinion.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over Plaintiff Rodney White's potential state law claims.

**IT IS FURTHER ORDERED** that this matter be referred to the undersigned for further proceedings on White's remaining claims (*i.e.*, his claims against Angelica Johnson and Ronald

Bell for conspiracy to violate the Eighth Amendment and the related excessive force claim against Angelica Johnson).

Signed in Baton Rouge, Louisiana, on April 21, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**