UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-577-JWD-EWD** |
| **KIRT D. GUERIN, ET AL.** | |

### JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered, granting the Motion for Summary Judgment, (Doc. 44) filed by Defendant Angelica Selvage Johnson, and dismissing without prejudice all claims of Plaintiff Rodney White against Johnson for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered, dismissing without prejudice all claims of Plaintiff Rodney White against Defendant Ronald Bell on the Court's own motion, as Plaintiff also failed to exhaust administrative remedies as to these claims.

Signed in Baton Rouge, Louisiana, on September 10, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**